GLOBE, INC. v. SPELLMAN

No. 166 PC.

Case below: 45 N.C. App. 618.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 June 1980.

HAMMON v. HAMMON

No. 174 PC.

Case below: 46 N.C. App. 348.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 June 1980.

IN RE JOHNSON

No. 167 PC.

Case below: 45 N.C. App. 649.

Petition by respondent for discretionary review under G.S. 7A-31 denied 10 June 1980. Appeal dismissed 10 June 1980.

IN RE LAWS

No. 117 PC.

Case below: 45 N.C. App. 554.

Petition by Employment Security Comm. for discretionary review under G.S. 7A-31 denied 3 June 1980.

IN RE SMITH

No. 122 PC.

No. 38 (Fall Term).

Case below: 45 N.C. App. 123.

Petition by respondent for discretionary review under G.S. 7A-31 allowed 3 June 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 3 June 1980.